CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 07 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:08CR00041 |
| | ) | (CASE NO. 7:11CV80341) |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| ROBERT DWAYNE EARLY, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the government's motion to dismiss (ECF No. 405) is **DENIED** and the defendant need not

file a response to this motion; and the government shall respond to the defendant's claims under

28 U.S.C. § 2255 within twenty (20) days from entry of this order.

**ENTER**: This ___7th___ day of July, 2011.

_____

Chief United States District Judge